■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARLOS RODRIGUEZ, Appellant, v JOSEPH T. SMITH, as Superintendent of

Shawangunk Correctional Facility, Respondent. [984 NYS2d 281]—Appeal from a judgment of the Supreme Court (Gilpatric, J.), entered March 15, 2013 in Ulster County, which denied petitioner's application for a writ of habeas corpus, in a proceeding pursuant to CPLR article 70, without a hearing.

Judgment affirmed. No opinion.

Peters, P.J., Lahtinen, McCarthy and Garry, JJ., concur. Ordered that the judgment is affirmed, without costs.